UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIENE L. DEZARN, | ) | Case No. EDCV 07-586-OP |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED: June 18, 2008

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1